IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01053-WYD-BNB

LAURENCE PASKOWITZ,

    Plaintiff,

v.

JOEL W. LOONEY,
DEAN L. JACOBSON,
RICHARD I. BARR,
JOHN S. HOREJSI,
STEWART HOREJSI,
SUSAN L. CICIORA,
BOULDER INVESTMENT ADVISERS, L.L.C., and
STEWART WEST INDIES TRADING COMPANY, LTD, d/b/a STEWART INVESTMENT ADVISERS,

    Defendants,

And

BOULDER GROWTH AND INCOME FUND, INC.,

    Nominal Defendant.

## BOULDER INVESTMENT ADVISERS, L.L.C. AND STEWART INVESTMENT ADVISERS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendants Boulder Investment Advisers, L.L.C. ("BIA") and Stewart West Indies Trading Company, Ltd, d/b/a Stewart Investment Advisers ("SIA"), investment advisers to the Boulder Growth and Income Fund, Inc. (the "Fund") hereby move to dismiss Plaintiff's Complaint.

Counts I and II of the Complaint purport to bring claims against various directors of the Fund under Section 20(a) of the Investment Company Act of 1940. These claims must be dismissed because there is no private right of action under Section 20.

Count IV of the Complaint purports to bring a class action claim for breach of state law fiduciary duties against BIA, SIA, and several other Defendants. This claim must be dismissed because it is pre-empted by Section 101(b) of the Securities Litigation Uniform Standards Act of 1998.

Count III of the Complaint purports to bring a claim against BIA, SIA, and other Defendants under Section 36(b) of the Investment Company Act. This claim must be dismissed because it is not ripe and therefore does not present a justiciable controversy at this time.

The grounds for this Motion are set forth in the Response to Plaintiff's Motion for Expedited Discovery by Boulder Investment Advisers, L.L.C. and Stewart Investment Advisers, attached as Exhibit 1 to this Motion. The Response demonstrates the legal insufficiency of each of Plaintiff's claims.

DATED this 11th day of June, 2007.

                                                                     Respectfully submitted,

                                                                     s/Lester C. Houtz_____
                                                                     Lester C. Houtz
                                                                     BARTLIT BECK HERMAN PALENCHAR &
                                                                         SCOTT LLP
                                                                     1899 Wynkoop Street, 8th Floor
                                                                     Denver, CO 80202-1086
                                                                     Telephone:  (303) 592-3100
                                                                     Facsimile:   (303) 592-3140
                                                                     Email:       lester.houtz@bartlit-beck.com

                                                                   *Attorneys for Defendants Boulder Investment*
                                                                   *Advisers, L.L.C., and Stewart West Indies Trading*
                                                                   *Company, Ltd, d/b/a Stewart Investment Advisers*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2007, I electronically filed the foregoing **BOULDER INVESTMENT ADVISERS, L.L.C. AND STEWART INVESTMENT ADVISERS' MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Attorneys for Plaintiff:**
Gerald L. Bader, Jr., gbader@bader-associates.com

**Attorneys for Defendant Boulder Growth and Income Fund, Inc.:**
Christian Heath Hendrickson, chendrickson@shermanhoward.com
Lawrence W. Treece, ltreece@sah.com
William F. Sullivan, williamsullivan@paulhastings.com
Joshua G. Hamilton, joshuahamilton@paulhastings.com

I further certify that on this 11th day of June, 2007, a true and correct copy of the foregoing **BOULDER INVESTMENT ADVISERS, L.L.C. AND STEWART INVESTMENT ADVISERS' MOTION TO DISMISS** was placed in the United States Mail, addressed to:

Roy L. Jacobs
Roy Jacobs & Associates
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone:    (212) 867-1156
Facsimile:     (212) 504-8343

**Attorneys for Plaintiff**

   s/Renée L. Grimmett
Renée  L. Grimmett, Legal Assistant
BARTLIT BECK HERMAN PALENCHAR &
  SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202-1086
Telephone:  (303) 592-3100
Facsimile:  (303) 592-3140
Email:       renee.grimmett@bartlit-beck.com