UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 07-CV-01053 WYD-BNB

LAURENCE D. PASKOWITZ,

    Plaintiff,

v.

JOEL W. LOONEY,
DEAN L. JACOBSON,
RICHARD I. BARR,
JOHN S. HOREJSI,
SUSAN L. CICIORA,
STEWART HOREJSI,
BOULDER INVESTMENT ADVISERS, L.L.C, and
STEWART WEST INDIES TRADING COMPANY LTD, d/b/a STEWART INVESTMENT ADVISERS,

    Defendants

  and

BOULDER GROWTH AND INCOME FUND, INC.,

    Nominal Defendant.

## NOMINAL DEFENDANT BOULDER GROWTH & INCOME FUND, INC.'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)

Nominal Defendant Boulder Growth & Income Fund, Inc. (the "Fund") hereby moves this Court, pursuant to Rule12(b)(6) of the Federal Rules of Civil Procedure to dismiss all five claims asserted by Plaintiff Laurence Paskowitz ("Plaintiff") in his purported class action complaint.

Pursuant to Rule 12(b)(6), the Fund moves to dismiss Claim 1, 2, 4 and 5 on the grounds that the claims are derivative in nature. Plaintiff has improperly brought the claims as direct claims on behalf of himself and the holders of shares of the Fund. In so doing, Plaintiff has violated both Maryland law and Rule 23.1 of the Federal Rules of Civil Procedure. Plaintiff has failed to make a demand on the Board of Directors of the Fund that they bring a claim, or allege that such a demand would be futile. He has also failed to file a verified complaint or allege continuous stock ownership.

The Fund also hereby joins and incorporates the arguments of the Motion to Dismiss and Memorandum of Law filed by co-defendant Joel W. Looney and the Motion to Dismiss and Memorandum of Law filed by the Boulder Investment Advisers and Stewart West Indies Trading Company Ltd, d/b/a Stewart Investment Advisers.

The Fund's Motion is based on the Motion, the Memorandum of Law in Support of the Motion, the Request for Judicial Notice with Exhibits thereto filed and served concurrently herewith, the allegations in Plaintiff's Complaints and Exhibits attached thereto, along with the pleadings, records and files in this action, on those matters of which this Court may take judicial notice, and on such further evidence and argument as may be presented prior to or at the time of any hearing on this Motion.

All matters outside the pleadings submitted with this Motion are either specifically referenced in the Complaint, incorporated by reference in the Complaint, or matters of public records capable of judicial notice under Rule 201 of Federal Rules of Evidence. Therefore, the Court should not convert the motion to a motion for summary judgment. If the Court declines to take judicial notice of certain matters submitted with the Motion in the Request for the Judicial Notice, the Fund requests that the Court simply not consider the matters outside the pleadings.

Dated: June 11, 2007                    Respectfully Submitted,

By: : s/ William F. Sullivan
William F. Sullivan
Joshua G. Hamilton
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, California  90071-2228
Telephone:   (213) 683-6000
Facsimile:    (213) 627-0705
E-mail:        williamsullivan@paulhastings.com
*Attorneys for Nominal Defendant*
*Boulder Growth & Income Fund, Inc.*

Lawrence W. Treece
Christian H. Hendrickson
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado  80202
Telephone:   (303) 297-2900
Facsimile:    (303) 298-0940
E-mail:        chendrickson@shermanhoward.com
                    ltreece@shermanhoward.com
*Attorneys for Nominal Defendant*
*Boulder Growth & Income Fund, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2007, I electronically filed the foregoing **NOMINAL DEFENDANT BOULDER GROWTH & INCOME FUND, INC.'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)** with the Clerk of Court using the CM/ECF system for filing which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Gerald L. Bader, Jr., Esq.<br>Email: gbader@bader-associates.com<br><br>Renée B. Taylor, Esq.<br>Email: rbtaylor@bader-associates.com<br><br>ATTORNEYS FOR PLAINTIFF | Lester C. Houtz, Esq.<br>Email: lester.houtz@hartlit-beck.com<br><br>Renee Grimmett<br>E-mail  renee.grimmett@bartlit-beck.com<br><br>ATTORNEYS FOR DEFENDANTS BOULDER INVESTMENT ADVISERS, L.L.C. AND STEWART WEST INDIES TRADING COMPANY, LTD., d/b/a STEWART INVESTMENT ADVISERS |

I further certify that on June 11, 2007, a true and correct copy of the foregoing **NOMINAL DEFENDANT BOULDER GROWTH & INCOME FUND, INC.'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)** was transmitted via UPS by delivering such document to an overnight mail service or an authorized courier in a sealed envelopes or packages designated by the express service courier addressed to the persons on whom it is to be served as follows:

    Roy L. Jacobs
    Roy Jacobs & Associates
    60 East 42nd Street, 46th Floor
    New York, NY  10165
    Telephone:     (212) 867-1156
    Facsimile:       (212) 504-8343

    ATTORNEYS FOR PLAINTIFF

                                                       s/ Carol A. Nagai
                                                          Carol A. Nagai