IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01053-WYD-BNB

LAURENCE D. PASKOWITZ,

Plaintiff,

v.

JOEL W. LOONEY,
DEAN L. JACOBSON,
RICHRAD I. BARR,
JOHN S. HOREJSI,
STEWARD HOREJSI,
SUSAN L. CICIORA,
BOULDER INVESTMENT ADVISERS, LLC,
STEWART WEST INDIES TRADING COMPANY, LTD, d/b/a STEWART INVESTMENT ADVISERS, and
BOULDER GROWTH AND INCOME FUND, INC. (nominal defendant),

Defendants.
_____

## ORDER
_____

This matter is before me on the **Plaintiff's Motion for Limited Expedited Discovery** [Doc. # 8, filed 5/31/2007] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. Limited expedited discovery may occur as stated on the record. Defendants Boulder Growth & Income Fund, Inc.; Joel W. Looney; Boulder Investment Advisers, L.L.C.; and Stewart Investment Advisers shall provide the allowed discovery on or before **June 25, 2007**.

Dated June 14, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge