IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01053-WYD-BNB

LAURENCE PASKOWITZ,

    Plaintiff,

v.

JOEL W. LOONEY,
DEAN L. JACOBSON,
RICHARD I. BARR,
JOHN S. HOREJSI,
STEWART HOREJSI,
SUSAN L. CICIORA,
BOULDER INVESTMENT ADVISERS, L.L.C., and
STEWART WEST INDIES TRADING COMPANY, LTD, d/b/a STEWART INVESTMENT ADVISERS,

    Defendants,

And

BOULDER GROWTH AND INCOME FUND, INC.,

    Nominal Defendant.

## SUSAN L. CICIORA'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Susan L. Ciciora, a board member of the Boulder Growth and Income Fund, Inc., hereby moves to dismiss Plaintiff's Complaint.

Count I of Plaintiff's Complaint purports to bring a claim against Ciciora under Section 20(a) of the Investment Company Act of 1940. This claim must be dismissed because Plaintiff does not have a private right of action under Section 20.

Count IV of Plaintiff's Complaint purports to bring a claim against Ciciora for breach of fiduciary duty under state law. This claim must be dismissed because it is pre-empted by the Securities Litigation Uniform Standards Act of 1998.

In support of this Motion to Dismiss, Ciciora joins in the briefs in support of the Motions to Dismiss filed by Boulder Investment Advisers, L.L.C., and Stewart West Indies Trading Company, Ltd, d/b/a Stewart Investment Advisers, Joel W. Looney, and Boulder Growth and Income Fund, Inc., all filed on June 11, 2007.

DATED this 22nd day of June, 2007.

        Respectfully submitted,

        s/Lester C. Houtz_____
        Lester C. Houtz
        BARTLIT BECK HERMAN PALENCHAR &
          SCOTT LLP
        1899 Wynkoop Street, 8th Floor
        Denver, CO 80202-1086
        Telephone:  (303) 592-3100
        Facsimile:  (303) 592-3140
        Email:     lester.houtz@bartlit-beck.com

*Attorneys for Defendants Boulder Investment Advisers, L.L.C., Stewart West Indies Trading Company, Ltd, d/b/a/ Stewart Investment Advisers, and Susan L. Ciciora*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2007, I electronically filed the foregoing **SUSAN L. CICIORA'S MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Attorneys for Plaintiff:**
Gerald L. Bader, Jr., gbader@bader-associates.com
Renee B. Taylor, rtaylor@bader-associates.com

**Attorneys for Defendant Boulder Growth and Income Fund, Inc.:**
Christian Heath Hendrickson, chendrickson@shermanhoward.com
Lawrence W. Treece, ltreece@sah.com
William F. Sullivan, williamsullivan@paulhastings.com
Joshua G. Hamilton, joshuahamilton@paulhastings.com

I further certify that on this 22nd day of June, 2007, a true and correct copy of the foregoing **SUSAN L. CICIORA'S MOTION TO DISMISS** was placed in the United States Mail, addressed to:

Roy L. Jacobs
Roy Jacobs & Associates
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone:   (212) 867-1156
Facsimile:    (212) 504-8343

**Attorneys for Plaintiff**

                                           s/Renée L. Grimmett
                                           Renée L. Grimmett, Legal Assistant
                                           BARTLIT BECK HERMAN PALENCHAR &
                                                 SCOTT LLP
                                           1899 Wynkoop Street, 8th Floor
                                           Denver, CO 80202-1086
                                           Telephone:  (303) 592-3100
                                           Facsimile:   (303) 592-3140
                                           Email:       renee.grimmett@bartlit-beck.com

ND: 4843-2727-0401, v.  1