IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-CV-01053 WYD-BNB

LAURENCE D. PASKOWITZ,

    Plaintiff,

v.

JOEL W. LOONEY,
DEAN L. JACOBSON,
RICHARD I. BARR,
JOHN S. HOREJSI,
SUSAN L. CICIORA,
STEWART HOREJSI,
BOULDER INVESTMENT ADVISERS, L.L.C, and
STEWART WEST INDIES TRADING COMPANY LTD, d/b/a STEWART INVESTMENT ADVISERS,

    Defendants

  --and--

BOULDER GROWTH AND INCOME FUND, INC.,

    Nominal Defendant.

**STATUS REPORT OF NOMINAL DEFENDANT BOULDER GROWTH AND INCOME FUND, INC. AND SPECIALLY APPEARING DEFENDANT JOEL W. LOONEY RE: BRIEFING SCHEDULES**

Pursuant to the Court's Minute Order of July 15, 2007, Nominal Defendant Boulder Growth and Income Fund, Inc. (the "Fund") and specially appearing independent director defendant Joel W. Looney hereby submit a Status Report regarding briefing for Defendants' motions to dismiss and Plaintiff's contemplated motion for preliminary injunction.

I.      **PRELIMINARY STATEMENT**

The procedural posture of this case has changed markedly since the Court issued its Minute Order on June 15, 2007 requesting a status report on the briefing schedule for Plaintiff's contemplated motion for preliminary injunction and Defendants' motions to dismiss. Today, June 25, 2007, based on a motion brought by the Fund (Docket No. 46) and opposed by Plaintiff (Docket No. 47), Judge Boland reconsidered his Order granting expedited discovery, and ordered that "no expedited discovery shall be allowed." [Docket No. 49]. The basis for the Court's reconsideration were representations by Plaintiff's counsel that he was not prepared to file his motion for preliminary injunction. Defendants have three pending motions to dismiss that were filed on June 11, 2007, and which they request the Court immediately set for hearing.[1] Based on current scheduling, the Plaintiff's opposition briefs are due on July 5, 2007, and Defendants' Reply briefs are due on July 23. In order to expedite a hearing on the matter, Defendants would be willing to file their Reply briefs by July 12, 2007, with a hearing to follow as soon as the Court is available. If the hearing occurs prior to July 20, 2007, a ruling dismissing the case would obviate the need for the parties to undergo the expense of conducting a Rule 26(f) conference and the discovery that follows.

Plaintiff has indicated that he "may" amend his complaint based on information he may "glean" from expedited discovery. However, because Judge Boland refused to permit any expedited discovery, Plaintiff has no basis to amend his complaint. Moreover, Defendants' motions are not based on pleading defects. Defendants have brought wholly dispositive briefs

---

[1] The Motions to dismiss were filed by (1) the Fund, (2) Mr. Looney and (3) Stewart Investment Advisors ("SIA"), Boulder Investment Advisors ("BIA") and Susan Ciciora. The Fund and Mr. Looney are informed that BIA, SIA and Ms. Ciciora join the positions taken in this Status Report.

demonstrating that Plaintiff's claims are precluded as a matter of law. No tactical amendment can avoid these legal preclusions.

With respect to Plaintiff's Motion for Preliminary Injunction, Plaintiff still has not filed a memorandum of law to support the motion, and wants to postpone doing so until after the Fund files its final Registration Statement relating to the proposed rights offering. As stated by Judge Boland, "the plaintiff has now stated that he does not intend on putting any meat to that motion until after June 28, 2006." [Docket # 49]   The Fund filed its Draft Registration Statement with the Securities and Exchange Commission ("SEC") on May 7, 2007, and has been receiving and responding to comments from the SEC since that time. Because the SEC is solely responsible for monitoring and enforcing the laws arising under the Investment Company Act of 1940 ("ICA") (other than claims for damages for collecting excessive fees), the Fund is carefully considering the SEC's comments to the registration statement. Accordingly, the earliest the Fund expects the SEC to declare the Registration Statement effective is July 9, 2007.

Based on Plaintiff's representations, Plaintiff has conceded that it has no grounds to file its motion at this time. The Scheduling Conference in this case is set to occur on August 10, 2007, and the Rule 26(f) conference does not need to occur until July 20, 2007. No discovery can be taken prior to the conference. Consequently, there is no compelling reason for the Court to even set a hearing on Plaintiff's contemplated motion for preliminary injunction. The Court should first rule on Defendants' motions to dismiss.

## II. PROPOSED BRIEFING SCHEDULE

### A. Motions to Dismiss Under Current Schedule

<u>June 11, 2007</u>: Motions to dismiss already filed by (1) the Fund, (2) Mr. Looney, and (3) BIA, SIA and Ciciora.

<u>July 5, 2007</u>:   Plaintiff files opposition briefs (the full time afforded under the Local Rules).

<u>July 12, 2007</u>: Defendants file their Reply Briefs.

<u>Hearing date</u>:  As soon as the Court is available prior to July 20, 2007.

### B. Motion for Preliminary Injunction

Plaintiff states that he cannot file his preliminary injunction motion at this time unless the Fund represents that its final registration statement will not materially differ from its draft. As indicated above, since filing the Draft Registration Statement, the Fund has been communicating with the SEC concerning the SEC's comments and suggestions about the Draft Registration Statement. Only after incorporating the suggestions of the SEC and further discussions with the SEC concerning the language and terms of the registration statement will the SEC declare the Registration Statement effective. The ICA does not permit Plaintiff to serve as a private SEC enforcer, or in any way infringe of the SEC's sole authority to enforce the ICA under Section 42. *See* 15 U.S.C. § 80a-41. Therefore, Plaintiff's suggestion that the Fund make any representations concerning what the SEC may or may not require in the registration statement is inappropriate.

Based on the positions taken by Plaintiff, it is obvious that he has no basis to bring a motion for preliminary injunction. If he does, it should be briefed under the schedule set forth for motions under D.C.COLO.LCivR 7.1(C), with the response due twenty days from the filing

of Plaintiff's memorandum of law purporting to support the motion (and any reply due 15 days after the filing of the response). In sum, the Court should not permit an expedited briefing schedule, as it would only reward Plaintiff's dilatory tactics.

### III.  CONCLUSION

For the reasons set forth above, Plaintiff requests that the Court address Defendants' motions to dismiss prior to setting any hearing on the "skeletal" motion for preliminary injunction filed by Plaintiff, on which he has acknowledged that he is not prepared to proceed (*See* Ex. A to Docket # 46). In addition, Defendants request that any preliminary injunction hearing occur under a briefing schedule provided by the Local Rules, based on the date Plaintiff files its memorandum of law. The Fund and Mr. Looney are informed that defendants Boulder Investment Advisors, Stewart Investment Advisors and Susan Ciciora join the statements made in this Report.

Dated: June 25, 2007               Respectfully Submitted,

By: : s/ Joshua G. Hamilton
William F. Sullivan
Joshua G. Hamilton
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, California  90071-2228
Telephone:   (213) 683-6000
Facsimile:   (213) 627-0705
E-mail:   williamsullivan@paulhastings.com
*Attorneys for Nominal Defendant*
*Boulder Growth & Income Fund, Inc.*


Lawrence W. Treece
Christian H. Hendrickson
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado  80202
Telephone:   (303) 297-2900
Fax:   (303) 298-0940
E-mail:   chendrickson@shermanhoward.com
             ltreece@shermanhoward.com
*Attorneys for Nominal Defendant*
*Boulder Growth & Income Fund, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 25, 2007, I electronically filed the foregoing **STATUS REPORT OF NOMINAL DEFENDANT BOULDER GROWTH AND INCOME FUND, INC. AND SPECIALLY APPEARING DEFENDANT JOEL W. LOONEY RE: BRIEFING SCHEDULES** with the Clerk of Court using the CM/ECF system for filing which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Gerald L. Bader, Jr., Esq.<br>Email: gbader@bader-associates.com<br><br>Renée B. Taylor, Esq.<br>Email: rbtaylor@bader-associates.com<br><br>ATTORNEYS FOR PLAINTIFF | Lester C. Houtz, Esq.<br>Email:  lester.houtz@hartlit-beck.com<br><br>ATTORNEYS FOR DEFENDANTS BOULDER INVESTMENT ADVISERS, L.L.C. AND STEWART WEST INDIES TRADING COMPANY, LTD., d/b/a STEWART INVESTMENT ADVISERS |

  I further certify that on June 25, 2007, a true and correct copy of the foregoing STATUS **REPORT OF NOMINAL DEFENDANT BOULDER GROWTH AND INCOME FUND, INC. AND SPECIALLY APPEARING DEFENDANT JOEL W. LOONEY RE: BRIEFING SCHEDULES** was transmitted

☒  by transmitting via e-mail the document(s) listed above to the e-mail address number(s) set forth below on this date.

Roy L. Jacobs
Roy Jacobs & Associates
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone:  (212) 867-1156
Fax:   (212) 504-8343
rjacobs@jacobsclasslaw.com
ATTORNEYS FOR PLAINTIFF

            <u>s/ Carol A. Nagai       </u>
             Carol A. Nagai