# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 07-CV-01053-WYD-BNB

LAURENCE D. PASKOWITZ,

        Plaintiff,

v.

JOEL W. LOONEY,
DEAN L. JACOBSON,
RICHARD I. BARR,
JOHN S. HOREJSI,
STEWART HOREJSI,
SUSAN L. CICIORA,
BOULDER INVESTMENT ADVISERS, L.L.C, and
STEWART WEST INDIES TRADING COMPANY, LTD, d/b/a STEWART INVESTMENT ADVISERS,

        Defendants,

    and

BOULDER GROWTH AND INCOME FUND, INC.,

        Nominal Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice.

Dated: July 6, 2007

>
> s/ Gerald L. Bader, Jr.
> Gerald L. Bader, Jr.
> 1446 East Evans Ave. #200
> Denver, CO 80014
> Phone: 303-534-1700
> Fax: 303-534-1701
> Email: gbader@bader-associates.com
>
>
> Of Counsel:
>
> ROY JACOBS & ASSOCIATES
> Roy L. Jacobs
> 60 East 42nd Street  46th Floor
> New York, NY 10165
> Phone: 212-867-1156
> Fax: 212-504-8343
> Email: rjacobs@jacobsclasslaw.com
>
> Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on July 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

**Christian Heath Hendrickson**
chendrickson@shermanhoward.com  kkirkpatrick@shermanhoward.com
efiling@sah.com

**Lawrence W. Treece**
ltreece@sah.com  efiling@sah.com  mmarsh@sah.com

**William F. Sullivan**
williamsullivan@paulhastings.com  lisavermeulen@paulhastings.com

**Joshua G. Hamilton**
joshuahamilton@paulhastings.com  carolnagai@paulhastings.com

**Lester C. Houtz**
lester.houtz@bartlit-beck.com  renee.grimmett@bartlit-beck.com

                                                 s/ Renée B. Taylor
                                                 Renée B. Taylor