IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01053-WYD-BNB

LAURENCE D. PASKOWITZ,

      Plaintiff,

v.

JOEL W. LOONEY;
DEAN L. JACOBSON;
RICHARD I. BARR;
JOHN S. HOREJSI;
SUSAN L. CICIORA;
STEWART HOREJSI;
BOULDER INVESTMENT ADVISERS, L.L.C.; and
STEWART WEST INDIES TRADING COMPANY, LTD., d/b/a STEWART INVESTMENT
ADVISERS,

      Defendants,

      and

BOULDER GROWTH AND INCOME FUND, INC.,

      Nominal Defendant.

---

## ORDER

---

In accordance with Plaintiff's Notice of Dismissal filed July 6, 2007, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R.

Civ. P. 41(a)(i).

Dated:  July 9, 2007

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge